IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE MILLS, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK,<br><br>    Defendants. | CASE NO. 3:10-cv-01647-JCS<br><br>**ORDER OF DISMISSAL** |

The Court has reviewed the Stipulation of Plaintiff DARLENE MILLS and Defendant WORLD FINANCIAL NETWORK NATIONAL BANK to dismiss with prejudice the above-entitled action, in its entirety. Good cause appearing, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

<u>**IT IS SO ORDERED**</u>

DATED: 2/9/11

_____
UNITED STATES DISTRICT JUDGE

1

06062.00/171496           **ORDER RE: DISMISSAL**